DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

WALTER ATWELL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-2806
_____

March 27, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Michelle D. Sisco, Judge.

Walter Atwell, pro se.

PER CURIAM.

Affirmed.

SLEET, C.J., and KELLY and LUCAS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.